**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 22-cv-2884-DLF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action without prejudice.  Each side agrees to bear their own attorney's fees and costs.

Dated: April 24, 2026

Respectfully submitted,

/s/ *Ramona R. Cotca*
RAMONA R. COTCA
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C.  20024
Tel.:  (202) 646-5172
Fax:  (202) 646-5199
Email:  rcotca@judicialwatch.org

*Attorney for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director

By: /s/ *Brittany S. Bruns*
　　BRITTANY S. BRUNS
　　DC Bar # 1658394
　　Trial Attorney
　　United States Department of Justice
　　Civil Division, Federal Programs Branch
　　1100 L Street NW
　　Washington, DC 20005
　　(202) 531-1325
　　brittany.s.bruns@usdoj.gov

*Counsel for Defendant*